# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SA CV 20-00537-DOC-JDE            Date: July 16, 2020

Title: JARDINE GOUGIS v. CALIFORNIA FOOD MANAGEMENT, LLC ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER FOR SANCTIONS**

       Per the Court's Order re: Prosecution of Certain Cases Under the Americans with Disabilities Act ("Order") (Dkt. 12), "a motion for default judgment must be filed within **10 days of the last entry of default**." Order at 2. "The failure to comply with this Order in a particular case will result in a sanction of $300 . . . and dismissal for lack of prosecution." *Id.* In this case, the clerk entered default on July 2, 2020 (Dkt. 15); Plaintiff's motion for default judgment was therefore due on or before July 12, 2020. As of July 16, 2020, Plaintiff has not filed a motion for default judgment. The Court thus SANCTIONS Plaintiff in the amount of $300, payable in accordance with the Order, and DISMISSES this action for lack of prosecution.

       The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                    Initials of Deputy Clerk: kd

CIVIL-GEN